1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARIO CORNEJO and FRANCISCA
AVALOS,

               Plaintiffs,

       v.

CHANNEL LENDING CO., et al.,

               Defendants.

CASE NO. C03-3191C

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

In their Joint Motion to Strike Trial Date (Dkt. No. 112), the parties advised the Court that a settlement is pending in this action.  Accordingly, the Court hereby STRIKES Plaintiffs' Motion in Limine (Dkt. No. 98).  Plaintiffs may re-file the Motion by filing a written request with the Court.

//
//
//
//
//

MINUTE ORDER – 1

1    DATED this  28th  day of April, 2005.

2                                            BRUCE RIFKIN, Clerk of Court

3

4                                            By    /s/ L. Simle
                                                       Deputy Clerk
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   MINUTE ORDER – 2