UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARIO CORNEJO and FRANCISCA AVALOS,

        Plaintiffs,

   v.

CHANNEL LENDING CO., et al.,

        Defendants.

CASE NO. C03-3181C

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

    In their Joint Motion to Strike Trial Date (Dkt. No. 112), the parties advised the Court that a settlement is pending in this action. Accordingly, the Court hereby STRIKES Plaintiffs' Motion in Limine (Dkt. No. 98). Plaintiffs may re-file the motion by filing a written request with the Court.

//

//

//

//

//

MINUTE ORDER – 1

1     DATED this __2nd__ day of May, 2005.

2                                       BRUCE RIFKIN, Clerk of Court

4                                       By __/s/ L. Simle__
                                                   Deputy Clerk

26 MINUTE ORDER – 2