UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIO CORNEJO and FRANCESCA AVALOS, husband and wife,<br><br>        Plaintiffs,<br><br>    v.<br><br>CHANNEL LENDING CO., et al.,<br><br>        Defendants. | CASE NO. C03-3181C<br><br>ORDER |

This matter comes before the Court on Defendant Daniel Shaffer's motion for reconsideration (Dkt. No. 140) of the Court's order enforcing a settlement agreement (Dkt. No. 134). The Court made clear in its prior order that under Local Rule CR 7(b)(2), a party's failure to file an opposition to a motion "may be considered by the court as an admission that the motion has merit." Defendant Channel Lending made no response to Plaintiffs' motion to enforce the settlement agreement, and Shaffer made no allegations in his notice of Chapter 7 bankruptcy that Channel or its assets were covered by the bankruptcy estate. Shaffer has therefore failed to show "manifest error" in the prior order or "new facts or legal authority which could not have been brought to [the Court's] attention earlier with reasonable diligence." CR 7(h)(1).

//

ORDER – 1

1  Defendant Shaffer's motion for reconsideration is DENIED.

2  SO ORDERED this 20th day of October, 2005.

_____
UNITED STATES DISTRICT JUDGE

ORDER – 2